## People of the State of Illinois, Defendant in Error, v. Albert Baldare, Plaintiff in Error.

### Gen. No. 48,977.

First District, Third Division.

April 17, 1963.

Thomas P. Cernek, of Chicago (Robert B. Johnstone, of counsel), for plaintiff in error; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach and E. Michael O'Brien, Assistant Attorneys General, John T. Gallagher and Edwin J. Belz, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by PRESIDING JUSTICE DEMPSEY. **Not to be published in full.**